**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 05, 2019.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO. 19-50304-CAG |
| § | | |
| R. BRYAN BLUMENKRANTZ § | | |
| JULIE MARIE BLUMENKRANTZ § | | |
| § | | |
| DEBTORS § | | CHAPTER 7 |

### ORDER AUTHORIZING EMPLOYMENT OF BK GLOBAL REAL ESTATE SERVICES *NUNC PRO TUNC* PURSUANT TO 11 U.S.C. § 327

On this day, came on to be considered the Trustee's Application to Employ BK Global Real Estate Services to Procure Consented Public Sale *Nunc Pro Tunc* Pursuant to 11 U.S.C. § 327 (the "Application") filed by Jose C. Rodriguez, ("Trustee").

The Court finds that notice is proper and that no objections have been filed to the Application. The Court, having reviewed the Application, further finds that BK Global Real Estate Services holds no interest adverse to the estate; is a disinterested party as required by 11 U.S.C. §327(a), and that the employment of a real estate broker and agent is necessary and in the best interest of the estate. It is, therefore,

ORDERED AND ADJUDGED:

1. The Trustee is authorized to employ BK Global Real Estate Services, as a real estate broker and agent of the estate for the purpose of marketing and selling the real property located at:

   609 PROVIDENCE CIR CLOVIS, NM 88101
   **Parcel Number**: 1-213-011-289-474-00
   **Tax ID**: 16241
   **Census Tract**: 350090003.032000
   **Carrier Route**: R007
   **Abbreviated Description**: PROVIDENCE UNIT 1 BLOCK 2 LOT 4

2. The employment is effective as of upon entry of this Order.

3. Compensation to BK Global Real Estate Services shall be paid and expenses reimbursed as awarded by the Court upon proper application or in conjunction with an Order entered by the Court approving the sale of the real property at issue

###

Order submitted by:

Jose C. Rodriguez
Law Office of Jose C. Rodriguez
342 W. Woodlawn, Ste. 103
San Antonio, TX  78212
Tel.: (210) 738-8881
Fax: (210) 738-8882
Email: jrodlaw@sbcglobal.net