IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-50304-CAG |
| | § | |
| R. BRYAN BLUMENKRANTZ | § | |
| JULIE BLUMENKRANTZ | § | |
| | § | |
| DEBTORS | § | CHAPTER 7 |

**MOTION TO EXPEDITE HEARING ON THE
CHAPTER 7 TRUSTEE'S AMENDED MOTION TO (I) APPROVE A SHORT SALE OF
REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND
INTERESTS PURSUANT TO 11 U.S.C. § 363(b), (f), AND (m),
(II) SURCHARGE AGREEMENT BETWEEN SECURED LENDER AND THE ESTATE,
AND (III ) OTHER RELIEF**

TO THE HONORABLE, CRAIG A. GARGOTTA,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Jose C. Rodriguez, Trustee in the above styled and numbered case, requesting an expedited hearing on the Chapter 7 Trustee's Amended Motion to (I) Approve a Short Sale of Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m), (II) Surcharge Agreement between Secured Lender and the Estate, and (III) Other Relief (the "Motion"), and would show the Court as follows:

1. February 11, 2019, R. Bryan Blumenkrantz and Julie Blumenkrantz filed for relief under Chapter 7 of the United States Bankruptcy Code. On February 11, 2019, Jose C. Rodriguez was appointed Chapter 7 Trustee and continues to serve in that capacity.

2. On February 12, 2020, the Chapter 7 Trustee's Amended Motion to (I) Approve a Short Sale of Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests

Pursuant to 11 U.S.C. § 363(b), (f), and (m), (II) Surcharge Agreement between Secured Lender and the Estate, and (III) Other Relief was filed (Dkt. #55).

3. The Trustee seeks an expedited hearing on Chapter 7 Trustee's Amended Motion to (I) Approve a Short Sale of Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m), (II) Surcharge Agreement between Secured Lender and the Estate, and (III) Other Relief for the following reasons:

    a. The buyer seeks to finalize the sale as soon as possible due to the terms of the Secured Creditors letter of consent to the short sale which has an expiration date of February 28, 2020.

WHEREFORE, PREMISES CONSIDERED, Trustee respectfully requests that the Court enter an Order approving and setting an expedited hearing on the Chapter 7 Trustee's Amended Motion to (I) Approve a Short Sale of Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m), (II) Surcharge Agreement between Secured Lender and the Estate, and (III) Other Relief. Trustee further prays for general relief.

Dated: February 12, 2020.

Respectfully submitted,

Law Offices of Jose C. Rodriguez
342 W. Woodlawn, Ste. 103
San Antonio, TX  78212
Tel: (210) 738-8881
Fax: (210) 738-8882
Email: jrodlaw@sbcglobal.net

By: */s/ Jose C. Rodriguez*
SBN: 17146450
**CHAPTER 7 TRUSTEE**

---

**CERTIFICATE OF CONFERENCE**
---

      I hereby certify that I have conferred with representatives of the Secured Creditor by and through my agent, BK Global about this Motion to Expedite and that both parties are in agreement with an expedited consideration of Chapter 7 Trustee's Amended Motion to (I) Approve a Short Sale of Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m), (II) Surcharge Agreement between Secured Lender and the Estate, and (III) Other Relief.

                                        ***/s/ Jose C. Rodriguez***

---

**CERTIFICATE OF SERVICE**
---

      I hereby certify that a true and correct copy of the foregoing document, along with a copy of the Proposed Order was filed with the Court and either served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system on the 12th day of February, 2020 or sent by United States First Class Mail on the 13th day of February, 2020 to the parties as set forth in the attached mailing matrix .

                                        ***/s/ Jose C. Rodriguez***

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-5<br>Case 19-50304-cag<br>Western District of Texas<br>San Antonio<br>Wed Feb 12 10:30:36 CST 2020 | U.S. BANKRUPTCY COURT<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205-2055 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Amex<br>Correspondence/Bankruptcy<br>PO Box 981540<br>El Paso, TX 79998-1540 | Attorney General of the US<br>Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0009 | Bank Of America<br>4909 Savarese Circle<br>FL1-908-01-50<br>Tampa, FL 33634-2413 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Barclays Bank Delaware<br>Attn: Correspondence<br>PO Box 8801<br>Wilmington, DE 19899-8801 | Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison Texas 75001-9013 |
| Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Chase Card Services<br>Correspondence Dept<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Chrysler Financial/TD Auto<br>Attn: Bankruptcy<br>PO Box 9223<br>Farmington Hills, MI 48333-9223 |
| Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | Citicards Cbna<br>Citi Bank<br>PO Box 6077<br>Sioux Falls, SD 57117-6077 | Curry County Tax Appraisal<br>417 Gidding St, Ste. 100<br>Clovis, MN 88101-7500 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Financial<br>PO Box 3025<br>New Albany, OH 43054-3025 | Exeter Finance<br>PO Box 677<br>Wilmington, OH 45177-0677 |
| Exeter Finance LLC<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Exeter Finance LLC<br>P.O. Box 167399<br>Irving TX 75016, TX 75016-7399 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| FedLoan Servicing<br>Attn: Bankruptcy<br>PO Box 69184<br>Harrisburg, PA 17106-9184 | Firstmark/efpwf3<br>121 South 13th Street<br>Lincoln, NE 68508-1904 | Ford Motor Credit Company LLC<br>c/o Devlin, Naylor & Turbyfill, P.L.L.C.<br>5120 Woodway Dr., Ste. 9000<br>Houston, Texas 77056-1725 |
| Freedom Mortgage Corporation<br>Attn: Bankruptcy<br>PO Box 50428<br>Indianapolis, IN 46250-0401 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>JPMC<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 |
| Karrie Spencer<br>211 Troy Lane<br>Red Oak, TX 75154-5052 | Lincoln Automotive Financial Service<br>Attn: Bankruptcy<br>PO Box 542000<br>Omaha, NE 68154-8000 | Loan Science, LLC.<br>Firstmark Services<br>PO Box 82522<br>Lincoln, NE 68501-2522 |

| | | |
|---|---|---|
| Ocwen Loan Servicing<br>Attn: Research/Bankruptcy<br>1661 Worthington Rd  Ste 100<br>West Palm Beach, FL 33409-6493 | TD Auto Finance LLC<br>P.O. Box 551080<br>Jacksonville, FL 32255-1080 | TD Auto Finance LLC<br>c/o Wilcox Law, PLLC<br>P.O. Box 201849<br>Arlington, TX 76006-1849 |
| U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | US Attorney's Office<br>601 NW Loop 410, Ste 600<br>San Antonio, TX 78216-5597 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| USAA Federal Savings Bank<br>RAS Crane, LLC<br>10700 Abbott's Bridge Road, Suite 1<br>Duluth, GA 30097-8458 | United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>PO Box 1539<br>San Antonio, TX 78295-1539 | Usaa Federal Savings Bank<br>Attn: Bankruptcy<br>10750 McDermott Freeway<br>San Antonio, TX 78288-1600 |
| Usaa Federal Savings/Nationstar<br>PO Box 619094<br>Dallas, TX 75261-9094 | VA Regional Office<br>Office of District Counsel<br>2515 Murworth Dr<br>Houston, TX 77054-1603 | Val Verde County<br>c/o Don Stecker<br>711 Navarro, Suite 300<br>San Antonio, TX 78205-1749 |
| Val Verde County Appraisal District<br>P.O. Box 1059<br>Del Rio, TX 78841-1059 | WICHITA COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS & MOT<br>PO BOX 8188<br>WICHITA FALLS TX 76307-8188 | Wells Fargo Bank, N.A.<br>P.O. Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Wells Fargo Jewelry Advantage<br>Attn: Bankruptcy<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Wichita Appraisal District<br>600 Scott Avenue, Ste. 300<br>Wichita Falls, TX 76301-2531 | J. Todd Malaise02<br>Malaise Law Firm<br>909 NE Loop 410, Suite 300<br>San Antonio, TX 78209-1315 |
| Jose C Rodriguez<br>342 W Woodlawn, Suite 103<br>San Antonio, TX 78212-3314 | Julie Marie Blumenkrantz<br>184 Agua Serena<br>Del Rio, TX 78840-0633 | R. Bryan Blumenkrantz<br>184 Agua Serena<br>Del Rio, TX 78840-0633 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| FORD MOTOR CREDIT COMPANY LLC<br>DEPT. 55953<br>PO BOX 55000<br>DETROIT, MI.  48255-0953 | (d)Ford Motor Credit Company, LLC<br>P.O. Box 62180<br>Colorado Springs, Co 80962-4400 | US Bank<br>POBox 5229<br>Cincinnati, OH 45201 |

End of Label Matrix
Mailable recipients    50
Bypassed recipients     0
Total                  50