Expedited hearing shall be held on 2/18/2020 at 10:30 AM in SA Courtroom 3. Movant is responsible for notice.



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 12, 2020**

_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-50304-CAG |
| | § | |
| R. BRYAN BLUMENKRANTZ | § | |
| JULIE BLUMENKRANTZ | § | |
| | § | |
| DEBTORS | § | CHAPTER 7 |

_____

**ORDER GRANTING MOTION TO EXPEDITE HEARING ON THE
CHAPTER 7 TRUSTEE'S AMENDED MOTION TO (I) APPROVE A SHORT SALE OF
REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND
INTERESTS PURSUANT TO 11 U.S.C. § 363(b), (f), AND (m),
(II) SURCHARGE AGREEMENT BETWEEN SECURED LENDER AND THE ESTATE,
AND (III) OTHER RELIEF**

_____

On this day came on to be heard the Motion to Expedite Hearing on the Chapter 7 Trustee's Amended Motion to (I) Approve a Short Sale of Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m), (II) Surcharge Agreement between Secured Lender and the Estate, and (III) Other Relief. After considering the Motion, the Court finds that good cause exists and that the Motion should be granted. It is, therefore,

ORDERED that the Motion for Expedited Hearing on the Chapter 7 Trustee's Amended Motion to (I) Approve a Short Sale of Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m), (II) Surcharge Agreement between Secured Lender and the Estate, and (III) Other Relief, is hereby granted.

IT IS, THEREFORE, ORDERED that the Chapter 7 Trustee's Amended Motion to (I) Approve a Short Sale of Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m), (II) Surcharge Agreement between Secured Lender and the Estate, and (III) Other Relief is scheduled for expedited hearing on the date and time listed above.

It is further ORDERED that the Trustee shall be responsible for serving notice of the expedited hearing to all interested parties.

###

Order submitted by:

Jose C. Rodriguez
Law Office of Jose C. Rodriguez
342 W. Woodlawn, Ste. 103
San Antonio, TX 78212
(210) 738-8881 Tel.
(210) 738-8882 Fax
jrodlaw@sbcglobal.net